Eastern District of Kentucky
**FILED**
JAN 2 1 2015
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
CIVIL MINUTES – GENERAL

CASE NO.: 2:14-CV-132-WOB-JGW     at COVINGTON     1/21/2015

Style:   STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL V. NORCOLD, INC., ET AL

Present:   HON. WILLIAM O. BERTELSMAN, UNITED STATED DISTRICT JUDGE

Court Reporter: JOAN AVERDICK

Courtroom Deputy:  NONE

Law Clerks:  CHASE TEEPLES, LAURA ERDMAN

ATTORNEY PRESENT FOR PLAINTIFFS

KENNETH DUNN

ATTORNEY PRESENT FOR DEFENDANTS

DAVID SCHAEFER

PROCEEDINGS: MOTION HEARING: Parties present as noted.  This matter is taken under advisement pending further order of the court.

TIC: 55 mins.