```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                          NORTHERN DIVISION
                            AT COVINGTON
```

**CIVIL ACTION NO. 2:14-CV-132 (WOB-JGW)**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE CO., ET AL.**                                      **PLAINTIFFS**

**VS.**

**NORCOLD, INC.**                                              **DEFENDANT**

<u>ORDER</u>

The Court after careful consideration having determined that neither an interlocutory appeal under 28 U.S.C. §1292 or a certification to the Kentucky Supreme Court is the most efficient way to proceed in this matter, and being advised,

**IT IS ORDERED THAT:**

1. The motion for certification of interlocutory appeal to the Sixth Circuit (Doc. 18), under 28 U.S.C. §1292(b), be, and it is hereby **DENIED**;

2. That the Court declines to certify the question of law at issue to the Kentucky Supreme Court;

3. That discovery in this matter shall be completed on or before **JULY 31, 2015**;

4. Any dispositive motions shall be due within **THIRTY (30) DAYS** after the close of discovery.

This 21st day of April, 2015.



Signed By:
*<u>William O. Bertelsman</u>* WOB
United States District Judge