UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

**FILED ELECTRONICALLY**

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and LARRY SWERDLOFF | ) ) ) ) ) |
| PLAINTIFF | ) ) |
| v. | ) CASE NO. 2:14-CV-00132-WOB-JGW ) |
| NORCOLD, INC. | ) ) |
| DEFENDANT | ) |

\* \* \* \*

## ADMISSION OF LIABILITY AND PARTIAL STIPULATION OF DAMAGES

For the convenience of the Court and the parties, and without waiving any of its legal defenses relating to application of the economic loss rule in this action, Defendant Norcold, Inc. ("Norcold") hereby admits it would be liable for all property damage caused by the subject fire if the economic loss rule does not apply.

Further, Norcold hereby stipulates as follows:

1. Plaintiff State Farm Mutual Automobile Insurance Company ("State Farm") properly paid the amount of $145,193.20 for the total loss of the subject RV; and

2. State Farm would be entitled to recover $145,193.20 in this action if the economic loss rule does not apply.

Norcold makes no admissions or stipulations other than those specifically set forth above.  Norcold does not stipulate as to the amount of Plaintiff Larry Swerdloff's damages, and denies that Mr. Swerdloff is entitled to recover consequential damages.

In light of its legal defenses under the economic loss rule, which Norcold believes are valid, Norcold does not consent to entry of judgment against it, and reserves the right to appeal from any adverse judgment entered by the Court.  This Admission of Liability and Partial Stipulation of Damages is for purposes of this action only.

Respectfully submitted,

\_\_\_s\David T. Schaefer_____
David T. Schaefer
Ryan A. Morrison
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
(502) 581-8000
david.schaefer@dinsmore.com
ryan.morrison@dinsmore.com
*Counsel for Defendant, Norcold, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was this 8th day of May 2015 electronically filed through the CM/ECF system and a copy served via the Court's CM/ECF system upon:

Kenneth E. Dunn
Robert E. Barnett
Barnett, Porter & Dunn
Lakeview Building, Ste. 401
100 Mallard Creek Road
Louisville, KY 40207
*Counsel for Plaintiffs*

                                        ___s\David T. Schaefer_____
                                        David T. Schaefer

9627871v1